**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nevada Gold Mines, LLC<br><br>Plaintiff(s),<br><br>vs.<br>Capra Group, Inc.; Jason Ahlin; Does I through X; and Roe Corporations I through X<br><br>Defendant(s). | Case #3:26-cv-00395-ART-CLB<br><br>**ORDER APPROVING**<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Kristen Lloyd (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Bourelly, George, and Brodey PLLC (firm name)

with offices at 3050 30th Street, NW (street address),

Washington (city), District of Columbia (state), 20007 (zip code),

202-341-8805 (area code + telephone number), kristen.lloyd@bgblawyers.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Capra Group, Inc. and Jason Ahlin [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since December 14, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Maryland (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | October 5, 2018 | 888314306 |
| Massachusetts | January 24, 2024 | 714051 |
| United States District Court for the District of MA | February 24, 2026 | N/A |
| United States Court of Appeals for Second Circuit | May 3, 2023 | N/A |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Miten Lloyd

Petitioner's signature

STATE OF Massachusetts )
)
COUNTY OF Middlesex )

Kristen Lloyd, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Miten Lloyd

Petitioner's signature

Subscribed and sworn to before me this

14 day of July, 2026.

Notary Public or Clerk of Court

STACY MARIA SOUTHARD NOTARY PUBLIC MY COMMISSION EXPIRES 8/14/2029 DISTRICT OF COLUMBIA

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate David R. Koch (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

11500 S. Eastern Avenue, Suite 210,
(street address)

Henderson, Nevada, 89052.
(city) (state) (zip code)

702-833-1100, dkoch@kskdlaw.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David R. Koch (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Jason Ahlin
Jason Ahlin (Jul 23, 2026 10:30:48 MDT)
(party's signature)

Jason Ahlin for Capra (President) and Self
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

8830 — Bar number
dkoch@kskdlaw.com — Email address

**APPROVED.**

Anne R. Traum
United States District Judge

Dated: July 28, 2026

# Supreme Court of Maryland

**Annapolis, MD**




## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fourteenth day of December, 2017,

***Kristen Elizabeth Lloyd***

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eleventh day of September, 2026.




**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this thirteenth day of July, 2026.

Gregory Hilton

Clerk of the Supreme Court of Maryland

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# ***Kristen Elizabeth Lloyd***

*was duly qualified and admitted on October 5, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 13, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

ALLISON S. CARTWRIGHT
CLERK

Telephone:
(617) 557-1100
General Email:
sjccountyclerk@sjc.state.ma.us
Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

July 14, 2026

Attorney Kristen Elizabeth Lloyd
Kristen Lloyd
45 Clifford Road
Sudbury , MA 01776
kristen.lloyd11@gmail.com

**IN RE: CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Kristen Elizabeth Lloyd .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either ______________________ or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/JR 07/14/2026 07.13.2026

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 24, 2024**, said Court being the highest Court of Record in said Commonwealth:

**Kristen Elizabeth Lloyd**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **July** in the year of our Lord **two thousand and twenty-six.**

Allison S. Cartwright

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County