**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nevada Gold Mines, LLC<br><br>Plaintiff(s),<br><br>vs.<br>Capra Group, Inc.; Jason Ahlin; Does I through X; and Roe Corporations I through X<br><br>Defendant(s). | Case #3:26-cv-00395-ART-CLB<br><br>**ORDER APPROVING**<br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Andrew George (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Bourelly, George, and Brodey PLLC
(firm name)

with offices at 3050 30th Street, NW (street address),

Washington (city), District of Columbia (state), 20007 (zip code),

202-341-8805 (area code + telephone number), andrew.george@bgblawyers.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Capra Group, Inc. and Jason Ahlin [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 24, 2008 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Pennsylvania (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | July 10, 2009 | 988552 |
| Virginia | April 15, 2015 | 88389 |
| Maryland | June 24, 2025 | N/A |
| US Supreme Court | August 23, 2021 | N/A |
| US Court of Appeals for Fourth Circuit | May 10, 2018 | N/A |
| US Court of Appeals for Fifth Circuit | May 21, 2019 | N/A |
| US Court of Appeals for Ninth Circuit | April 22, 2025 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

______________________________
Petitioner's signature

STATE OF Maryland )
)
COUNTY OF Montgomery )

Andrew George, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

______________________________
Petitioner's signature

Subscribed and sworn to before me this

23rd day of July, 2026.

______________________________
Notary Public or Clerk of Court

STACY MARIA SOUTHARD NOTARY PUBLIC MY COMMISSION EXPIRES 8/14/2029 DISTRICT OF COLUMBIA

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate David R. Koch (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

11500 S. Eastern Avenue, Suite 210,
(street address)

Henderson, Nevada, 89052,
(city) (state) (zip code)

702-833-1100, dkoch@kskdlaw.com.
(area code + telephone number) (Email address)



Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David R. Koch as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Jason Ahlin
Jason Ahlin (Jul 23, 2026 10:29:19 MDT)
(party's signature)

Jason Ahlin for Capra (President) and Self
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

8830 dkoch@kskdlaw.com
Bar number Email address

**APPROVED.**

Anne R. Traum
United States District Judge

Dated: July 28, 2026

Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Andrew Thomas George, Esq.***

**DATE OF ADMISSION**

***October 24, 2008***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: March 2, 2026**

Nicole Traini
Chief Clerk

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Andrew T George*

*was duly qualified and admitted on July 10, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 24, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# Supreme Court of Maryland

**Annapolis, MD**

## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-third day of June, 2025,

***Andrew Thomas George***

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the fourteenth day of September, 2026.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixteenth day of July, 2026.

Gregory Hilton

Clerk of the Supreme Court of Maryland

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ANDREW THOMAS GEORGE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **ANDREW THOMAS GEORGE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 15, 2015,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued July 16, 2026

DaVida M. Davis

DaVida M. Davis
**Director of Regulatory Compliance**