**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA GOLD MINES, LLC,<br><br>Plaintiff,<br>v.<br><br>CAPRA GROUP, INC.; JASON AHLIN, an individual; DOES I through X, individuals; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 3:26-CV-00395-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants Capra Group, Inc. and Jason Ahlin ("Defendants") and Plaintiff Nevada Gold Mines, LLC ("NGM") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate pursuant to LR IA 6-1 and LR IA 6-2 to extend the time for Defendants to file their Reply in Support of Defendants' Motion to Dismiss, filed on July 27, 2026, as follows:

1. NGM filed its Complaint on May 27, 2026 (ECF No. 1).

2. Defendants filed their Rule 12(b)(6) Motion to Dismiss Nevada Gold Mines, LLC's Complaint ("Motion to Dismiss") on July 27, 2026 (ECF No. 13).

3. NGM's Opposition to the Motion to Dismiss was originally due on August 10, 2026. On August 6, 2026, the Parties filed a Stipulation to Extend Time for NGM to have a one-week extension to file its Opposition on August 17, 2026 (ECF No. 17).

4. This Court issued an Order granting the Stipulation on August 10, 2026 (ECF No. 18).

5. NGM filed its Opposition to the Motion to Dismiss on August 17, 2026 (ECF No. 19).

6. There is no scheduling order or trial date in place at this time, and Defendants have not made or received any previous extension to submit their Reply in Support of their Motion to Dismiss. Defendants and NGM collectively submit that good cause exists for the requested extension.

7. Based on the foregoing, the parties stipulate that the deadline for Defendants to file their Reply in Support of Defendants' Motion to Dismiss is **August 31, 2026**.

**IT IS SO STIPULATED.**

Dated this 20th day of August, 2026.

**HOLLAND & HART LLP**

*/s/ Matthew B. Hippler*
Matthew B. Hippler
Lauren D. Wigginton
5470 Kietzke Lane, Suite 100
Reno, NV 89511

*Attorneys for Plaintiff Nevada Gold Mines, LLC*

Dated this 20th day of August, 2026.

**BOURELLY, GEORGE + BRODEY PLLC** */s/ Andrew George*

Andrew George, Esq. (*pro hac vice*) Kristen Lloyd, Esq. (*pro hac vice*)
3050 30th Street, NW
Washington, DC 20007

David R. Koch, Esq.
Daniel G. Scow, Esq.
King Scow Koch Durham LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052

*Attorneys for Defendants Capra Group, Inc. and Jason Ahlin*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated: August 21, 2026